150 A.3d 16

**GERMANTOWN CAB COMPANY, Appellant**

v.

**PHILADELPHIA PARKING AUTHORITY, Appellee**

**No. 2 EAP 2016**

Supreme Court of Pennsylvania.

October 18, 2016

## ORDER

PER CURIAM

**AND NOW,** this 18th day of October 2016, the Order of the Commonwealth Court is **AFFIRMED.**